467 A.2d 61

Commonwealth v. Rivera, Appellant.

Submitted September 14, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.